S George J. Kovacevich, SBN 48125
**ATCHISON, BARISONE, CONDOTTI & KOVACEVICH**
A Professional Corporation
333 Church Street
Santa Cruz, CA 95060
Telephone:  (831) 423-8383
Facsimile:  (831) 576-2269

Attorneys for Defendant
City of Santa Cruz

*IT IS SO ORDERED*
*Judge Edward J. Davila*
8/9/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WANDA FOWLER,<br><br>            Plaintiff,<br>    vs.<br><br>SANTA CRUZ POLICE OFFICER A. MARTIN, CITY OF SANTA CRUZ, and DOES 1 to 20,<br><br>            Defendants. | **Case No. CV 11-00906 EJD**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Court Processes:

Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by the presumptive deadline (the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

///
///
///
///

ATCHISON, BARISONE, CONDOTTI & KOVACEVICH

Dated: August 5, 2011     By: _____/S/_____
George J. Kovacevich
Attorneys for Defendant
City of Santa Cruz

BOROFF & SMITH

Dated: August 5, 2011     By: _____/S/_____
Garth V. Smith
Attorneys for Plaintiff
Wanda Fowler

-2-
**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**