UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WANDA FOWLER,<br><br>          Plaintiff,<br><br>  v.<br><br>SANTA CRUZ POLICE OFFICER A. MARTIN, ET AL.,<br><br>          Defendants.<br>_____/ | Case No. CV 11-00906 EJD (PSG)<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND MODIFYING SCHEDULE** |

This case is scheduled for a Preliminary Pretrial Conference on January 6, 2012. Based on the parties' Joint Preliminary Pretrial Statement (see Docket Item No. 22), the court has determined an appearance is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference is CONTINUED to March 30, 2012. The parties shall submit an updated preliminary pretrial statement no later than March 23, 2012.

IT IS HEREBY ORDERED and the parties are ordered to comply with the following modifications to the previously set schedule (see Docket Item No. 16):

| EVENT | DEADLINE |
|---|---|
| Cutoff For All Discovery | March 15, 2012 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |

1

Case No. CV 11-00906 EJD
ORDER CONTINUING PRETRIAL CONFERENCE AND MODIFYING SCHEDULE

| Deadline for Filing Dispositive Motions[1] | March 22, 2012 |
|---|---|

Additionally, the parties have informed the court that they require an order resolving a discovery dispute about the production of putatively privileged documents. Pursuant to the referral of all discovery matters to the magistrate judge assigned to the case, the parties should present discovery disputes to Magistrate Judge Paul S. Grewal in a manner consistent with the Civil Local Rules. See Civil L.R. 7.

**IT IS SO ORDERED.**

Dated: January 4, 2012

EDWARD J. DAVILA
United States District Judge

---

[1] This is the last date for *filing* dispositive motions. The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.

2
Case No. CV 11-00906 EJD
ORDER CONTINUING PRETRIAL CONFERENCE AND MODIFYING SCHEDULE