UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WANDA FOWLER,<br><br>           Plaintiff,<br><br>   v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>           Defendants. | Case No.: C 11-906 EJD (PSG)<br><br>**ORDER VACATING DISCOVERY HEARING**<br><br>**(Re: Docket No. 27)** |

The court is informed that the parties have reached a settlement agreement. The parties have requested that the court take the March 27, 2012 hearing regarding in-camera review of documents off calendar. In light of the settlement notice, the court hereby VACATES the March 27, 2012 discovery hearing.

Dated: 3/14/2012

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*